UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Sabahnor El Handi,

      Plaintiff,

  v.

Fifty Second Street Hotel Associates, L.L.C.
d/b/a Novotel New York, Novotel Hotels
USA, Inc., and Accor Business and Leisure
North America, Inc.,

      Defendants.

------------------------------------------------------------x

Case No. 1:16-civ-09270 (VEC) (KHP)

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT FIFTY SECOND STREET HOTEL ASSOCIATES, L.L.C.
## D/B/A NOVOTEL NEW YORK

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Fifty Second Street Hotel Associates, L.L.C. d/b/a Novotel New York ("Fifty Second Street"), a non-governmental corporate party that issues no capital stock, hereby states that Accor Business and Leisure North America, Inc. is its parent corporation and that there is no publicly-held corporation that owns 10% or more of Fifty Second Street's stock.

Dated: New York, New York
    December 29, 2016

Respectfully submitted,

BAKER & HOSTETLER LLP

By: /s/ Amy J. Traub
   Amy J. Traub
   45 Rockefeller Plaza
   New York, New York 10111
   Telephone: (212) 589-4200
   Facsimile: (212) 589-4201
   Email: atraub@bakerlaw.com
   *Attorneys for Defendants Fifty Second Street Hotel Associates, L.L.C. d/b/a Novotel New York and Accor Business and Leisure North America, Inc.*