UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

Sabahnor El Handi,

                Plaintiff,

v.

Fifty Second Street Hotel Associates, L.L.C. d/b/a Novotel New York, Novotel Hotels USA, Inc., and Accor Business and Leisure North America, Inc.,

                Defendants.

------------------------------------------------------------ x

Case No. 1:16-civ-09270 (VEC) (KHP)

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT ACCOR BUSINESS AND LEISURE NORTH AMERICA, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Accor Business and Leisure North America, Inc. ("ABLNA"), a non-governmental corporate party that issues no capital stock, hereby states that Accor Lodging North America, Inc. is its parent corporation and that there is no publicly-held corporation that owns 10% or more of ABLNA's stock.

Dated: New York, New York
       December 29, 2016

Respectfully submitted,

BAKER & HOSTETLER LLP

By:   /s/ *Amy J. Traub*
      Amy J. Traub
      45 Rockefeller Plaza
      New York, New York 10111
      Telephone: (212) 589-4200
      Facsimile: (212) 589-4201
      Email: atraub@bakerlaw.com
      *Attorneys for Defendants Fifty Second Street Hotel Associates, L.L.C. d/b/a Novotel New York and Accor Business and Leisure North America, Inc.*