**THE HARMAN FIRM, LLP**
**Attorneys & Counselors At Law**
www.theharmanfirm.com

February 23, 2017

<u>Via ECF</u>

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *El Handi v. 52nd Street Hotel Associates, L.L.C., et al.*, 16 CV 9270

Dear Judge Caproni:

We represent Plaintiff Sabahnor El Handi in the above-referenced employment discrimination action. We write in response to the Court's Order of Automatic Referral to Mediation, dated February 3, 2017, to respectfully request that mediation be postponed until discovery concludes, as the parties have recently engaged in a failed mediation at the EEOC. We have no reason to believe that a second round of mediation so close in time would be any more successful.

Plaintiff also respectfully requests an initial conference before the Court so that the parties may enter into a scheduling order.

Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

Walker G. Harman, Jr.

cc: Amy Joy Traub (via ECF)
Saima Zuberi Sheikh (via ECF)
John Drucker (via email)

220 Fifth Avenue, Suite 900
New York, New York 10001
T 212 425 2600 F 212 202 3926