# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Amy J. Traub
direct dial: 212.589.4248
atraub@bakerlaw.com

February 28, 2017

**VIA ECF**

The Honorable Valerie Caproni
U.S. District Court for the Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re: *Sabahnor El Handi v. Accor Business and Leisure North America, Inc. et al.*
    Case No. 1:16-cv-09270 (VEC) (KHP)

Dear Judge Caproni:

This Firm represents Defendants Accor Business and Leisure North America, Inc. and Fifty Second Street Hotel Associates, LLC d/b/a Novotel New York (together, "Defendants") in the above-referenced action. We write to request an adjournment of the March 10, 2017 initial pretrial conference and the March 2, 2017 deadline to submit a joint letter, case management plan, and scheduling order. The reason for this request is that I will be out of the office on maternity leave on these dates.

Both counsel for Plaintiff Sabahnor El Handi have consented to this request, and Walker Harman, Esq. has further advised that he will be on vacation from April 22, 2017 through April 29, 2017. Accordingly, with regard to rescheduling the initial pretrial conference, the parties request a date between April 17, 2017 and April 21, 2017, or between May 1, 2017 and May 15, 2017, at the Court's convenience.

No prior requests for an adjournment of the initial pretrial conference or corresponding deadlines have been made by the parties.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Amy J. Traub*
Amy J. Traub

AJT/frm
cc: All counsel of record (via ECF)